UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Larry Dion Jackson, | File No. 19-cv-01226 (ECT/SER) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Mend Correctional Care, Nurse Martha Denzer, | |
| Defendants. | |

---

The Court has received the June 17, 2019 Report and Recommendation of United States Magistrate Judge Steven E. Rau. ECF No. 6. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); and

3. Plaintiff Larry Dion Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED** as **MOOT**.

Dated: July 12, 2019         s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court